



# MEMORANDUM OPINION

No. 04-08-00131-CR

Brian Alan **BOBBITT**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No.1, Bexar County, Texas
Trial Court No. 977229
Honorable Al Alonso, Judge Presiding

PER CURIAM

Sitting:     Catherine Stone, Justice
             Karen Angelini, Justice
             Sandee Bryan Marion, Justice

Delivered and Filed:   July 23, 2008

DISMISSED

Appellant has filed a motion to dismiss this appeal.  The motion is granted, and this appeal

is dismissed.  *See* TEX. R. APP. P. 42.2(a).

                                        PER CURIAM

DO NOT PUBLISH